

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| THE STATE OF TEXAS, | § | No. 08-14-00248-CR |
| Appellant, | § | |
| | § | Appeal from the |
| v. | § | 346th Judicial District Court |
| | § | |
| DANIEL CEDILLOS, | § | of El Paso County, Texas |
| | § | |
| Appellee. | § | (TC# 20130D02144) |
| | § | |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was error in the judgment. We therefore vacate the trial court's grant of a new trial and reinstate the conviction, in accordance with our opinion. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 6TH DAY OF MAY, 2016.


ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rodriguez, and Hughes, JJ.